FILED
1/16/18 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Phyllis J. Sherman
               Debtor(s)

MIDFIRST BANK,
               Movant
    v.
Phyllis J. Sherman
               Respondent(s)
    and
Tamera Ochs Rothschild, Trustee
               Additional Respondent

BK. NO. 17-11178 TPA

CHAPTER 7
Related to Docket # ___21___

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

    AND NOW, this 16th day of January, 2018, upon Motion of MIDFIRST BANK, it is

    **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 124 North 2nd Street, Greenville, PA 16125 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge

vas

Phyllis J. Sherman
124 North 2nd Street
Greenville, PA 16125

Ted Isoldi
P.O. Box 2
106 North Pitt Street
Mercer, PA 16137
tisoldi@zoominternet.net

Tamera Ochs Rothschild
318 West Spring Street
Titusville, PA 16354


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-11178-TPA
Phyllis J. Sherman                                                      Chapter 7
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-1           User: mgut                   Page 1 of 1                   Date Rcvd: Jan 16, 2018
                               Form ID: pdf900              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db             +Phyllis J. Sherman,    124 N. 2nd Street,    Greenville, PA 16125-2427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
              Ted    Isoldi    on behalf of Debtor Phyllis J. Sherman tisoldi@zoominternet.net,
               r40612@notify.bestcase.com
                                                                                             TOTAL: 4
```