**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Phyllis J. Sherman** | Social Security number or ITIN  **xxx–xx–5898** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **17–11178–TPA** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Phyllis J. Sherman

2/14/18

**By the court:** <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                        United States Bankruptcy Court
                       Western District of Pennsylvania
In re:                                                              Case No. 17-11178-TPA
Phyllis J. Sherman                                                  Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1           User: admin                 Page 1 of 1         Date Rcvd: Feb 14, 2018
                               Form ID: 318                Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db             +Phyllis J. Sherman,    124 N. 2nd Street,    Greenville, PA 16125-2427
14723187       +Bridgecrest Credit,    Drive Time Credit Company,    Attention: Bankruptcy,
                 4020 East Indian School Road,    Phoenix, AZ 85018-5220
14723188       +Citibank/The Home Depot,    Citicorp Credit Services,    Centralized Bankruptcy,
                 P.O. Box 790040,    Saint Louis, MO 63179-0040
14723191       +First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3401
14723195       +Jeffrey Sherman,    107 Mehard Road,    Greenville, PA 16125-9733
14723196       +Midland Mortgage Company,    Attention: Customer Service/Bankruptcy,    P.O. Box 26648,
                 Oklahoma City, OK 73126-0648
14723199       +Synychrony Bank/Sams Club Dc,    Attention: Bankruptcy,    P.O. Box 965060,
                 Orlando, FL 32896-5060
14723200       +U.S. Gas & Electric, Inc.,    3700 Lake Side Drive,    6th Floor,    Miramar, FL 33027-3289

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2018 01:58:11     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14723189        EDI: RCSDELL.COM Feb 15 2018 01:43:00     Dell Financial Services, LLC,
                 Attention: Bankruptcy,    1 Dell Way,    Round Rock, TX 78682
14723190       +EDI: DISCOVER.COM Feb 15 2018 01:43:00     Discover Financial Services,    P.O. Box 3025,
                 New Albany, OH 43054-3025
14723192       +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 15 2018 01:59:22      Harley Davidson Financial,
                 Attention: Bankruptcy,    P.O. Box 22048,    Carson City, NV 89721-2048
14723193       +EDI: HY11.COM Feb 15 2018 01:43:00     Hyundai Motor Finance,    Attention: Bankruptcy,
                 P.O. Box 20809,    Fountain Valley, CA 92728-0809
14723660       +EDI: PRA.COM Feb 15 2018 01:43:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14723197       +EDI: RMSC.COM Feb 15 2018 01:43:00     Synchrony Bank/Walmart,    Attention: Bankruptcy,
                 P.O. Box 965060,    Orlando, FL 32896-5060
14723198       +EDI: RMSC.COM Feb 15 2018 01:43:00     Syncrhony Bank/JC Pennys,    P.O. Box 965064,
                 Orlando, FL 32896-5064
14723201       +E-mail/Text: CHRISTAL@WILLIAMSRUSH-ASSOCIATES.COM Feb 15 2018 01:59:19
                 Williams Rush & Associates,    4144 North Central Expressway Suite,    Dallas, TX 75204-2112
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14723194*      +Hyundai Motor Finance,    Attn: Bankruptcy,    P.O. Box 20809,    Fountain Valley, CA 92728-0809
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com,   pa70@ecfcbis.com
              Ted  Isoldi    on behalf of Debtor Phyllis J. Sherman tisoldi@zoominternet.net,
               r40612@notify.bestcase.com
                                                                                              TOTAL: 4
```